IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE BANKS** <br><br> Plaintiff, <br><br> v. <br><br> **US AIRWAYS, INC.,** <br><br> Defendant. | ) <br> )    **14**    **3909** <br> ) <br> ) <br> )    Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant US Airways, Inc. ("US Airways") hereby removes this action from the First Judicial District of Pennsylvania Court of Common Pleas for the City and County of Philadelphia to the United States District Court for the Eastern District of Pennsylvania. The grounds for removal are as follows:

1. Plaintiff Nicole Banks filed and served this civil action in the First Judicial District of Pennsylvania Court of Common Pleas for the City and County of Philadelphia on June 6, 2014. The action was assigned Case No. 140404218. Copies of all process, pleadings, and orders served upon US Airways in the state court proceeding are attached hereto as Exhibit "A."

2. This Notice of Removal is timely filed within thirty days after US Airways received the initial pleading setting forth the claim for relief upon which the state court action is based.

3. In Count I of the Complaint, Plaintiff purports to allege federal civil claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. In Count III,

Plaintiff purports to allege federal civil claims under 42 U.S.C. § 1981, and in Count IV, Plaintiff purports to allege federal civil claims under the Americans With Disabilities Act. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and the entire action is subject to removal to this Court by Defendant pursuant to 28 U.S.C. § 1441(a).

4. Pursuant to 28 U.S.C. § 1446(d), a copy of the original Notice of Removal will be filed with the First Judicial District of Pennsylvania Court of Common Pleas for the City and County of Philadelphia. A true and correct copy of the Notice of Removal, to be filed in the First Judicial District of Pennsylvania Court of Common Pleas for the City and County of Philadelphia, is attached hereto as Exhibit "B."

WHEREFORE, Defendant US Airways, Inc. prays that this Notice of Removal be accepted as sufficient for removal of this action to this Court.

DATED: June 26, 2014

GOLD & FERRANTE, P.C.

/s/ ALAN S. GOLD
Alan S. Gold (Pa. ID 23400)
261 Old York Road, Suite 526
Jenkintown, PA 19046
Tel. (215) 885-1118
Fax (215) 885-5283
asg@goldferrantelaw.com

THE FARRINGTON LAW FIRM, LLC

Daniel E. Farrington[1]
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
Tel. (301) 951-1538
Fax (301) 951-1544
dfarrington@farringtonlaw.com

---

[1] An application for Mr. Farrington to appear *pro hac vice* in this matter shall be submitted to the Court.

1

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and correct copy of US Airways, Inc.'s Notice of Removal via U.S. First Class Regular Mail upon the following individual:

Nicole Banks c/o
Brian R. Mildenberg, Esquire
Mildenberg Law Firm, PC
1735 Market Street
Suite 3750
Philadelphia, PA 19103

/S/ ALAN S. GOLD
ALAN S. GOLD

DATE:   June 25, 2014

MILDENBERG LAW FIRM, P.C.
By:   Brian R. Mildenberg, Esquire
I.D. No. 84861
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(215) 545-4870

*Counsel for Plaintiff*



| | |
|---|---|
| NICOLE BANKS<br>1431 W. Wyoming Avenue<br>Philadelphia, PA 19140<br><br>　　　　　*Plaintiff,*<br><br>　　　　v.<br><br>US AIRWAYS, INC.<br>111 W. Rio Salado Parkway<br>Tempe, AZ 95281,<br>　　　　　*Defendant.* | Case No. 140404218<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND NOTICE TO DEFEND

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870  |  WWW.MILANDSTAL.COM

Case ID: 140404218

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo ai partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derochos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870  |  WWW.MILANDSTAL.COM

Case ID: 140404218

MILDENBERG LAW FIRM, P.C.
By:   Brian R. Mildenberg, Esquire
I.D. No. 84861
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(215) 545-4870                                                        *Counsel for Plaintiff*

NICOLE BANKS                              :
1431 W. Wyoming Avenue                    :    Case No. 140404218
Philadelphia, PA 19140                    :
                                          :
          *Plaintiff*,                    :
                                          :
     v.                                   :
                                          :
US AIRWAYS, INC.                          :    JURY TRIAL DEMANDED
111 W. Rio Salado Parkway                 :
Tempe, AZ 95281,                          :
          *Defendant.*                    :
                                          :

## COMPLAINT-CIVIL ACTION

COMES NOW Plaintiff, by and through undersigned counsel, complaining of Defendant, and respectfully avers as follows:

1. Plaintiff is an adult individual and citizen of the Commonwealth of Pennsylvania, residing therein at the address indicated on the caption of this action.

2. Defendant is a corporation duly organized and existing, and authorized to conduct business in the Commonwealth of Pennsylvania, with an address and corporate headquarters as indicated on the caption of this action.

3. At all times relevant hereto, Defendant acted by and through its agents, servants, representatives and employees, acting pursuant to their employment or agency, at the direction of and on behalf of Defendant.

4. Jurisdiction and venue are proper in Philadelphia County because the actions that give rise to the cause of action occurred in Philadelphia County.

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870  |  WWW.MILANDSTAL.COM

Case ID: 140404218

5. At all times relevant hereto, Plaintiff was employed by Defendant as a Customer Service Supervisor at the Philadelphia International Airport operations of Defendant, US Airways.

6. At all times relevant hereto, Plaintiff performed her duties of employment in a satisfactory or better manner.

7. Plaintiff is an African American female.

8. Plaintiff began employment with Defendant in 2006.

9. During the times related to her employment, Defendant has subjected Plaintiff to a racially hostile workplace, including but not limited to:

    a. Throughout her employment, using racially offensive terminology to describe Plaintiff and her workplace;

    b. Telling Plaintiff she "smells like a black woman";

    c. Intentionally Assigning African American employees to worse shifts and harder assignments, and subjecting them, including Plaintiff to disparate disciplinary practices;

    d. Using racially offensive terms to describe parts of the airport where African Americans were assigned to work, such as, "the Ghetto," and "Comton";

    e. Allowing managers to use the "N-word" at the workplace.

10. At all times relevant hereto, Plaintiff complained about the discrimination.

11. In 2010, Plaintiff made a claim against Defendant regarding the racial discrimination, which was resolved between Plaintiff and Defendant in 2011.

12. Since the resolution of her prior complaint against Defendant, Defendant ha continued to discriminate and retaliate against Plaintiff.

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870   |   WWW.MILANDSTAL.COM

Case ID: 140404218

13. In retaliation for her complaints of discrimination, Plaintiff was subjected to false discipline and denial of reasonable accommodation.

14. During the times of her employment with Defendant, Plaintiff has applied for promotional positions with Defendant, including at least four applications since 2012.

15. Plaintiff was denied promotions and persons who were not African American were picked for the position each time Plaintiff applied.

16. Upon information and belief, Plaintiff was more qualified and experienced than the chosen applicants.

17. At all times relevant hereto, Plaintiff protested what she perceived to be discrimination against her by, inter alia, filing complaints with her superiors and managers, and her employer's human relations department.

18. Subsequent to the pursuit by Plaintiff of her complaints, Plaintiff was subjected to retaliatory harassment, which included inappropriate disciplinary actions against Plaintiff, to punish Plaintiff for her complaints.

19. Plaintiff filed a Charge of Discrimination with the EEOC concerning the discrimination she experienced, Charge # 530-2013-02657, which was cross filed with the Pennsylvania Human Relations Commission. The contents of the Charge of Discrimination are a document of a government agency and are incorporated herein by reference.

20. Plaintiff was issued a right to sue letter from the EEOC, and the instant action was filed within 90 days of Plaintiff's receipt of the right to sue letter.

21. The EEOC cross-filed Plaintiff's Charge of Discrimination with the Pennsylvania Human Relations Commission.

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870 | WWW.MILANDSTAL.COM

Case ID: 140404218

22. All admistrative prerequisites to the filing of this action have been met, and Plaintiff is now entitled to file suit with respect to her Charge of Discrimination.

## COUNT I

## TITILE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED

## RACIAL DISCRIMINATION/RETALIATION

### Plaintiff v. Defendant

23. The foregoing paragraphs are incorporated herein by reference.

24. As a result of Defendant's discriminatory practices, Plaintiff was discriminated against on the basis of her race, subjected to retaliation for her complaints, and denied promotional opportunities and associated increased salary and benefits. Plaintiff also suffered harm from the discrimination in the form of lost wages and benefits, humiliation, mental anguish, emotional distress and associated symptoms, extreme stress, and other injuries.

25. Plaintiff is entitled to an award of compensatory and punitive damages, counsel fees and costs of suit.

## COUNT II

## PENNSYLVANIA HUMAN RELATIONS ACT

## RACIAL DISCRIMINATION/RETALIATION

### Plaintiff v. Defendant

26. The foregoing paragraphs are incorporated herein by reference.

27. Plaintiff is entitled to an award of compensatory and punitive damages, counsel fees and costs of suit, pursuant to the Pennsylvania Human Relations Act.

## COUNT III

## 42 USC SEC. 1981

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870 | WWW.MILANDSTAL.COM

Case ID: 140404218

## RACIAL DISCRIMINATION/RETALIATION

### Plaintiff v. Defendant

28. The foregoing paragraphs are incorporated herein by reference.

29. The foregoing actions of Defendant violated Plaintiff's rights to be free from racial discrimination in the making and enforcement of contracts, including her contract of employment, and enjoyment of all benefits and privileges thereof, as provided by 42 USC Sec. 1981.

30. The conduct of Defendant also constituted retaliation in violation of Section 1981.

31. Plaintiff is entitled to an award of compensatory and punitive damages, counsel fees and costs of suit.

## COUNT IV

## AMERICANS WITH DISABILITIES ACT

## DISABILITY DISCRIMINATION

### Plaintiff v. Defendant

32. The foregoing paragraphs are incorporated herein by reference.

33. Plaintiff is a qualified person with a disability, which is chronic pain, breathing issues, high blood pressure, back and shoulder pain, and associated physical/medical conditions, including those as a result of work related injuries.

34. Plaintiff requested a reasonable accommodation of her work schedule to accommodate her disability.

35. Defendant denied the reasonable accommodation.

36. Plaintiff is entitled to an award of compensatory and punitive damages, counsel fees and costs of suit, pursuant to the Americans with Disabilities Act.

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870 | WWW.MILANDSTAL.COM

Case ID: 140404218

## COUNT V

## PENNSYLVANIA HUMAN RELATIONS ACT

## DISABILITY DISCRIMINATION

### Plaintiff v. Defendant

37. The foregoing paragraphs are incorporated herein by reference.

38. Plaintiff is entitled to an award of compensatory and punitive damages, counsel fees and costs of suit, pursuant to the Pennsylvania Human Relations Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in her favor, and against Defendant, and Order the following relief:

A. An order enjoining Defendants from unlawfully discriminating against Plaintiff

B. An order granting Plaintiff the promotions for which she applied;

C. An award of compensatory and punitive damages in an amount to be determined at trial;

D. Reinstatement of Plaintiff's employment, and provision of reasonable accommodation;

E. An award of Plaintiff's counsel fees and costs of suit; and

F. Such additional or further relief as required by the interests of justice.

Respectfully submitted,

**MILDENBERG LAW FIRM, P.C.**

Dated: June 6, 2014

BY: /s/ Brian R. Mildenberg, Esquire
Brian R. Mildenberg, Esquire
I.D. No. 84861
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(215) 545-4870
*Counsel for Plaintiff*

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870 | WWW.MILANDSTAL.COM

Case ID: 140404218

## CERTIFICATE OF SERVICE

I, Brian R. Mildenberg, Counsel for Plaintiff, certify that caused to be served a true and correct copy of the foregoing Complaint and Notice to Defend upon counsel for Defendant via the Court's Electronic Filing System.

Respectfully submitted,

**MILDENBERG LAW FIRM, P.C.**

Dated: June 6, 2014

BY: /s/ **Brian R. Mildenberg, Esquire**
Brian R. Mildenberg, Esquire
I.D. No. 84861
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(215) 545-4870
*Counsel for Plaintiff*

MILDENBERG LAW FIRM, P.C.
1735 MARKET STREET, STE. 3750 PHILADELPHIA, PENNSYLVANIA 19103
(215) 545-4870 | WWW.MILANDSTAL.COM

Case ID: 140404218

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

14-CV-3909

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nicole Banks

### DEFENDANTS
US Airways, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brian R. Mildenberg, Mildenberg Law Firm PC
1735 Market Street, St. 3750, Phila, Pa 19103
(215)545-4870

Attorneys *(If Known)*
Alan S. Gold, Gold & Ferrante, PC
261 Old York Road, Suite 526
Jenkintown, PA 19046 (215)885-1118

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC Section 2000e; 28 USC Section 1441
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 06/25/2014
SIGNATURE OF ATTORNEY OF RECORD: /s/ ALAN S. GOLD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JUN 25 2014

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

14   3909

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| NICOLE BANKS | : | CIVIL ACTION |
| v. | : | 14  3909 |
| US AIRWAYS, INC. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (x)

| 6/25/14 | Alan S. Gold | US Airways, Inc. |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-885-1118 | 215-885-5283 | asg@goldferrantelaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02


JUN 25 2014

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1431 W. Wyoming Avenue, Philadelphia, Pa 19140

Address of Defendant: 111 W. Rio Salado Parkway, Tempe, Arizona    14    3909

Place of Accident, Incident or Transaction: _____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes ☒    No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐    No ☒

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐    No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐    No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐    No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐    No ☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

### ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
                    Attorney-at-Law    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/25/2014    _____    JUN 25 2014    PA ID 23400
                    Attorney-at-Law              Attorney I.D.#

CIV. 609 (5/2012)